# Supreme Court of Florida

———————

No. SC21-1625

———————

## IN RE: AMENDMENTS TO FLORIDA FAMILY LAW RULE OF PROCEDURE 12.350.

April 7, 2022

PER CURIAM.

This matter is before the Court for consideration of proposed amendments to Florida Family Law Rule of Procedure 12.350. *See* Fla. R. Gen. Prac. & Jud. Admin. 2.140(b)(1). We have jurisdiction. *See* art. V, § 2(a), Fla. Const.

The Florida Bar's Family Law Rules Committee (Committee) has filed a report proposing amendments to rule 12.350 (Production of Documents and Things and Entry on Land for Inspection and Other Purposes) to ensure that the rule accurately reflects the parties that may appear in family law cases.

The Committee and the Board of Governors of The Florida Bar approved the proposed amendments. The Committee published its proposals for comment prior to filing them with the Court and

received no comments.  After the Committee filed its report, the Court published the proposals and received no comments.

Having considered the proposed amendments, the Court hereby amends Florida Family Law Rule of Procedure 12.350 as proposed by the Committee.  In subdivision (b), the words "respondent or third-party" are added before the term "defendant."

Accordingly, the Florida Family Law Rules of Procedure are amended as set forth in the appendix to this opinion.  New language is indicated by underscoring.  The amendments shall become effective July 1, 2022, at 12:01 a.m.

It is so ordered.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, COURIEL, and GROSSHANS, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Family Law Rules of Procedure

Ashley Elizabeth Taylor, Chair, Family Law Rules Committee, Tampa, Florida, Joshua E. Doyle, Executive Director, and Mikalla Andies Davis, Staff Liaison, The Florida Bar, Tallahassee, Florida,

for Petitioner

# APPENDIX

### RULE 12.350. PRODUCTION OF DOCUMENTS AND THINGS AND ENTRY ON LAND FOR INSPECTION AND OTHER PURPOSES

**(a)** **[NO CHANGE]**

**(b)** **Procedure.** Without leave of court the request may be served on the petitioner after commencement of the action and on any other party with or after service of the process and initial pleading on that party. The request must set forth the items to be inspected, either by individual item or category, and describe each item and category with reasonable particularity. The request must specify a reasonable time, place, and manner of making the inspection or performing the related acts. The party to whom the request is directed must serve a written response within 30 days after service of the request, except that a <u>respondent or third-party</u> defendant may serve a response within 45 days after service of the process and initial pleading on that <u>respondent or third-party</u> defendant. The court may allow a shorter or longer time. For each item or category, the response must state that inspection and related activities will be permitted as requested unless the request is objected to, in which event the reasons for the objection must be stated. If an objection is made to part of an item or category, the part must be specified. When producing documents, the response must include an accompanying notice filed in compliance with Rule of General Practice and Judicial Administration 2.425 with the court that states with specificity each document produced. When producing documents, the producing party must either produce them as they are kept in the usual course of business or must identify them to correspond with the categories in the request. A request for electronically stored information may specify the form or forms in which electronically stored information is to be produced. If the responding party objects to a requested form, or if no form is specified in the request, the responding party must state the form or forms it intends to use. If a request for electronically stored

information does not specify the form of production, the producing party must produce the information in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms. The party submitting the request may move for an order under rule 12.380 concerning any objection, failure to respond to the request, or any part of it, or failure to permit the inspection as requested.

**(c)** **[NO CHANGE]**

**(d)** **[NO CHANGE]**